Mario A. Bianchi, WSBA #31742
Harman K. Bual, WSBA #54379
LASHER HOLZAPFEL
SPERRY & EBBERSON PLLC
601 Union St., Suite 2600
Seattle, WA 98101
206-624-1230
Attorneys for Plaintiff Kwik Lok Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

AT SPOKANE

| | |
|---|---|
| KWIK LOK CORPORATION, a Washington Corporation;<br><br>Plaintiff, Counterclaim Defendant<br><br>v.<br><br>MATTHEWS INTERNATIONAL COMPANY d/b/a MATTHEWS AUTOMATION SOLUTIONS, a Pennsylvania Corporation,<br><br>Defendant, Counterclaim Plaintiff<br><br>AND RELATED COUNTERCLAIMS. | NO.   1:22-cv-03014-MKD<br><br>PLAINTIFF'S ANSWER TO DEFENDANT'S AMENDED COUNTERCLAIMS |

COMES NOW the plaintiff, Kwik Lok Corporation ("Kwik Lok"), by and

through its undersigned counsel of record, Lasher Holzapfel Sperry & Ebberson,

PLAINTIFF'S ANSWER TO DEFENDANT'S
AMENDED COUNTERCLAIMS - 1

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

PLLC, and hereby answers Defendant Matthews International Corporation's ("MMS") amended counterclaims against the Plaintiff:

## I. PLAINTIFF'S ANSWER TO DEFENDANT'S AMENDED COUNTERCLAIMS

### First Counterclaim – Breach of Contract

8.1   Plaintiff admits only that Kwik Lok purchased 200 eMark Lasers (that met the negotiated for requirements) from MMS in exchange for payment of $2,225,600.

8.2   The Plaintiff admits the allegations in this paragraph.

8.3   The Plaintiff admits the allegations in this paragraph.

8.4   Plaintiff admits it received 200 eMark Lasers between September 2019 and January 2020. Plaintiff denies all other allegations in this paragraph.

8.5   Plaintiff denies the allegations in this paragraph.

8.6   Plaintiff denies the allegations in this paragraph.

8.7   Plaintiff denies the allegations in this paragraph.

8.8   Plaintiff denies the allegations in this paragraph.

Defendant has an unnumbered paragraph which is its prayer for relief to which no response is required. To the extent a response is required, Plaintiff denies the

PLAINTIFF'S ANSWER TO DEFENDANT'S AMENDED COUNTERCLAIMS - 2

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

allegations in the paragraph.

## Second Counterclaim – Unjust Enrichment

8.9   Plaintiff admits that it received 200 eMark Lasers between September 2019 and January 2020. Plaintiff denies that Defendant conferred a benefit by delivering 200 defective eMark Lasers between September 2019 and January 2020 that failed to meet the contracted for requirements.

8.10   Plaintiff admits that it received 200 eMark Lasers between September 2019 and January 2020. The Plaintiff denies all other allegations.

8.11   Plaintiff denies the allegations in this paragraph.

8.12   Plaintiff denies the allegations in this paragraph.

8.13   Plaintiff denies the allegations in this paragraph.

Defendant has an unnumbered paragraph which is its prayer for relief to which no response is required. To the extent a response is required, Plaintiff denies the allegations in the paragraph.

## Third Counterclaim – Account Stated

8.14   The Plaintiff admits that it has agreements with Matthews pursuant to which Matthews agreed to supply Kwik Lok with various products, including the

PLAINTIFF'S ANSWER TO DEFENDANT'S
AMENDED COUNTERCLAIMS - 3

LASHER HOLZAPFEL SPERRY & EBBERSON
ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

eMark Lasers, in exchange for payment. Kwik Lok admits to receiving Exhibit D[1] [sic]without admission to its accuracy or that it is an accurate account of monies owed by Kwik Lok to Matthews.

    8.15   Plaintiff denies the allegations in this paragraph.

    8.16   Plaintiff denies the allegations in this paragraph.

Defendant has an unnumbered paragraph which is its prayer for relief to which no response is required. To the extent a response is required, Plaintiff denies the allegations in the paragraph.

## II.    PLAINTIFF'S AFFIRMATIVE DEFENSES

Plaintiff Kwik Lok reserves the right to amend or add additional affirmative defenses that may become available at trial.

### First Affirmative Defense

Defendant fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

Defendant's damages, if any, resulted from the actions and faults of others, not Kwik Lock.

---

[1] Paragraph 8.14 direct attention to Exhibit C, but appears to reference attention to Exhibit D.

PLAINTIFF'S ANSWER TO DEFENDANT'S AMENDED COUNTERCLAIMS - 4

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

### Third Affirmative Defense

Defendant failed to take reasonable steps to mitigate its damages and protect itself from avoidable consequences.

### Fourth Affirmative Defense

Defendant is estopped by its words and its actions from pursuing its claims against the Plaintiff.

### Fifth Affirmative Defense

Defendant's claims are barred by the doctrine of offset.

### Sixth Affirmative Defense

Defendant is barred from equitable relief by the doctrine of unclean hands.

### Seventh Affirmative Defense

Defendant's claims are barred, in whole or in part, by its prior material breach.

### Eighth Affirmative Defense

Defendant's claims are barred, in whole or in part, by its prior failure of performance.

### III.    PRAYER FOR RELIEF

WHEREFORE, Kwik Lok requests relief from this Court against MMS as

PLAINTIFF'S ANSWER TO DEFENDANT'S AMENDED COUNTERCLAIMS - 5

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

follows:

1. Dismiss Defendant's Counterclaims in their entirety with prejudice;

2. For a finding that MMS breach of its contract of sale to Kwik Lok including, but not limited to, by delivering products in breach of express warranties, as well as the implied warranties of merchantability and fitness for particular purpose;

3. For an award of damages in favor of Kwik Lok and against MMS for breach of the sales contract in an amount to be proven at trial that is not less than the full invoiced purchase price of the eMark Lasers, plus all incidental and consequential damages;

4. For a finding that MMS's sale of eMark Lasers falsely represented and packaged as meeting EU Certification requirements (they did not meet current Certification requirements) violated Washington's Unfair Business Practices Act.

5. For an award of damages in favor of Kwik Lok and against MMS for violation of Washington's Unfair Business Practices Act in amount to be proven at trial that is not less than the full invoiced purchase price of the eMark Lasers, plus all incidental and consequential damages;

6. For and for an award of statutory treble damages up to $25,000 as

PLAINTIFF'S ANSWER TO DEFENDANT'S
AMENDED COUNTERCLAIMS - 6

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

authorized Washington's Unfair Business Practices Act;

7. For the recovery of attorney fees and costs incurred in this action as authorized by statute and by common law; and

8. For such other relief as the Court finds appropriate, equitable, or just.

DATED this 12th day of July, 2022.

        LASHER HOLZAPFEL SPERRY & EBBERSON PLLC

By _____
Mario A. Bianchi, WSBA #31742
Harman K. Bual, WSBA #54379
Attorneys for Kwik Lok Corporation

PLAINTIFF'S ANSWER TO DEFENDANT'S AMENDED COUNTERCLAIMS - 7

LASHER HOLZAPFEL SPERRY & EBBERSON
ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

# CERTIFICATE OF SERVICE

I, Krystalin Williams, hereby declare as follows:

1. I am a citizen of the United States and a resident of the state of Washington. I am over the age of 18 years and not a party to the within action. I am employed by the law firm of Lasher Holzapfel Sperry & Ebberson PLLC, 601 Union Street, 2600, Seattle, WA 98101.

2. On the 12th day of July 2022, I caused to be served upon counsel of record and all parties entitled to notice, at the addresses below via the Court's ECF, the foregoing Amended Answer to Counterclaim:

*Attorney for Defendant*

Daniel B. Heidtke, WSBA No. 51034
Duane Morris LLP
865 South Figueroa St., Ste. 3100
Los Angeles, CA 90017-5450
E-mail: dbheidtke@duanemorris.com

Hari Kumar, WSBA No. 53597
Duane Morris LLP
Pioneer Building
600 1st Avenue Seattle, WA 98104
E-mail: hkumar@duanemorris.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

PLAINTIFF'S ANSWER TO DEFENDANT'S
AMENDED COUNTERCLAIMS - 8

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

Signed at Seattle, Washington this 12th day of July, 2022.

                          */s/ Krystalin Williams*
                          Krystalin Williams, Legal Assistant

PLAINTIFF'S ANSWER TO DEFENDANT'S
AMENDED COUNTERCLAIMS - 9

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563