FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KWIK LOK CORP., a Washington Corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>MATTHEWS INTERNATIONAL CORP., D/B/A MATTHEWS AUTOMATION SOLUTIONS, a Pennsylvania Corporation,<br><br>    Defendant/Counterclaim Plaintiff,<br><br>vs.<br><br>MATTHEW INTERNATIONAL CORP., a Pennsylvania corporation,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>SOLARIS LASER, S.A., a Polish entity,<br><br>    Third-Party Defendant. | No. 1:22-cv-03014-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 56** |

ORDER OF DISMISSAL - 1

Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 56.  The parties seek dismissal of this action with prejudice, with each party bearing its own costs and fees.  ECF No. 56 at 2.  Pursuant to Fed. R. Civ. P. 41(a)(2), the Court grants Plaintiff's motion and dismisses the action with prejudice.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 56**, is **GRANTED.**

2. This action shall be **DISMISSED with prejudice**, with all parties to bear their own costs and attorney fees.

3. Any pending motions are **DENIED as moot.**

4. All hearings and other deadlines are **STRICKEN.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE the file**.

**DATED** July 25, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2